596

433 A.2d 555

Pastorella et ux. v. LeSante et ux., Appellants.

Submitted March 12, 1980. Frank Bognet, for appellants; J. J. McCluskey, for appellees.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

April 24, 1981.

433 A.2d 556

Brauer etc. v. Donegal Mutual Insurance Company.

Appeal of Isabel Brauer, Executrix of the Estate of Ben Brauer, Deceased and Isabel Brauer, Individually.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed on the able opinion of Judge Adams. *See also Wercoch v. Liberty Mutual Insurance Company*, 287 Pa.Super. 45, 52, n. 3, 429 A.2d 712, 715, n. 3 (1981).